UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MELISSA DUNN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:20-CV-05236-RSM<br><br><br><br>ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer Due Date shall be amended as follows: Defendant shall have up to and including August 18, 2020, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record on or before that date, Defendant shall file another motion for extension.

DATED this 17th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1    ORDER - [3:20-CV-05236-RSM]

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2522
Fax:  (206) 615-2531
david.burdett@ssa.gov